**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>    Ruthanne Litvin<br>                  Debtor(s) | CHAPTER 7<br><br>BKY. NO. 17-22193 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                                                            Respectfully submitted,

                                                            **/s/ James C. Warmbrodt, Esquire**
                                                             James C. Warmbrodt, Esquire
                                                             jwarmbrodt@kmllawgroup.com
                                                             Attorney I.D. No. 42524
                                                             KML Law Group, P.C.
                                                             701 Market Street, Suite 5000
                                                             Philadelphia, PA 19106
                                                             Phone: (215)-627-1322
                                                            Attorney for Movant/Applicant