| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Ruthanne Litvin** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    **xxx–xx–8193** <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:    **17–22193–JAD** | | |

# Order of Discharge                                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ruthanne Litvin

9/13/17                                                                    **By the court:**    Jeffery A. Deller
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-22193-JAD
Ruthanne Litvin                                                           Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: admin        Page 1 of 1        Date Rcvd: Sep 13, 2017
                      Form ID: 318        Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2017.
```
db             +Ruthanne Litvin,    P.O. Box 347,    Star Junction, PA 15482-0347
14633162       +Belle Vernon Area Federal Credit Union,    608 Rostraver Road,    Belle Vernon, PA 15012-1941
14633168       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,    Attn: Bankruptcy Dept.,    P.O. Box 619096,
                  Dallas, TX 75261-9741)
14633170       +Southwestern Gastrointestinal Specialist,    300 Spring Creek Lane--Upper Level,
                  Uniontown, PA 15401-9069
14633171        Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 14 2017 03:24:14      Pennsylvania Dept. of Revenue,
                  Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA 17128-0946
14633161        EDI: RMSC.COM Sep 14 2017 03:08:00      AE Select Visa Card/Synchrony Bank,
                  Attention: Bankruptcy,    P.O. Box 965060,    Orlando, FL 32896-5060
14633163        E-mail/Text: banko@berkscredit.com Sep 14 2017 03:24:03      Berks Credit & Collection,
                  P.O. Box 329,    Temple, PA 19560-0329
14633164        EDI: RMSC.COM Sep 14 2017 03:08:00      CareCredit/Synchrony Bank,
                  Attn: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
14633165       +EDI: CITICORP.COM Sep 14 2017 03:08:00      Citi Diamond Preferred Card,    P.O. Box 6500,
                  Sioux Falls, SD 57117-6500
14633166        EDI: RMSC.COM Sep 14 2017 03:08:00      Guitar Center/Synchrony Bank,
                  Attention: Bankruptcy Department,    P.O. Box 965061,    Orlando, FL 32896-5061
14633167        EDI: RMSC.COM Sep 14 2017 03:08:00      Home Design/Synchrony Bank,
                  Attention: Bankruptcy Department,    P.O. Box 965061,    Orlando, FL 32896-5061
14634359       +EDI: PRA.COM Sep 14 2017 03:08:00      PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
14633169        EDI: CHASE.COM Sep 14 2017 03:08:00      Slate/Chase,    P.O. Box 15298,
                  Wilmington, DE 19850-5298
                                                                                               TOTAL: 9
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                  TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2017 at the address(es) listed below:
```
              Charles O. Zebley, Jr.    on behalf of Debtor Ruthanne  Litvin COZ@Zeblaw.com, Lori@Zeblaw.com,
               Janet@Zeblaw.com
              James  Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert H. Slone, Trustee    robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                               TOTAL: 4
```